IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BERNARD TERRANCE JOHNSON, : <br> : <br> Plaintiff : <br> : <br> VS. : <br> : NO. 5:12-CV-0144-MTT-CHW <br> Warden HUMPHRY; Officer JORDAN; : <br> and MEDICAL STAFF, Georgia : <br> Diagnostic and Classification Prison, : <br> : PROCEEDINGS UNDER 42 U.S.C. ▪1983 <br> Defendants : BEFORE THE U. S. MAGISTRATE JUDGE <br> _____ | |

## ORDER

Plaintiff **BERNARD TERRANCE JOHNSON**, a prisoner currently confined at Johnson State Prison, filed the present *pro se* civil rights action under 42 U.S.C. § 1983. In his Complaint, Plaintiff alleges that he was attacked by other inmates and that prison officials failed to protect him and provide medical treatment. Plaintiff fails, however, to identify any individual defendant in the body of his Complaint.

Because Plaintiff is proceeding *pro se*, the United States Magistrate Judge entered an Order (ECF Doc. No. 8) on June 4, 2012, allowing Plaintiff to supplement his Complaint with additional allegations. When Plaintiff failed to respond to the Court's Order, the Magistrate Judge entered a second order on June 29, 2012 (ECF Doc. No. 10), directing Plaintiff to show cause why his Complaint should not be dismissed for failure to provide the supplement.

Plaintiff filed a response to the Show Cause Order on July 19, 2012. The response, however, did not include the requested supplement. In light of his *pro se* status, Plaintiff was then provided another opportunity to supplement his Complaint and

was granted an extension of time to do so. (Order, Aug. 3, 2012 [ECF No. 11]).   Still, no supplement was ever filed.   The United Magistrate Judge thus entered a second Show Cause Order on September 5, 2012.   Plaintiff's response to this Order was due on or before October 4, 2012.   As of this date, Plaintiff has not yet filed a supplement.

Plaintiff's repeated failure to supplement his Complaint leads the Court to believe that he is no longer interested in prosecuting this case.   For this reason and because of Plaintiff's failure to comply with the Court's instructions, failure to prosecute, and apparent abuse of the judicial process, Plaintiff's Complaint shall be **DISMISSED without prejudice**.

**SO ORDERED**, this 1st day of November, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jlr